# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ERICA DEMERY, | )<br>) |
| Plaintiff, | )  Case No. 2:14-cv-02191-JCM-GWF<br>) |
| vs. | )  **ORDER**<br>) |
| SMITH'S FOOD & DRUG CENTERS, INC., *et al.*, | )<br>)<br>) |
| Defendants. | )<br>) |

This matter is before the Court on the parties' failure to file a Joint Status Report. The Minutes of the Court dated December 23, 2014, required the parties to file a Joint Status Report no later than January 25, 2015. To date the parties have not complied. Accordingly,

**IT IS ORDERED** counsel for the parties shall file a Joint Status Report which fully complies with the Minutes of the Court no later than **February 9, 2015**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 28th day of January, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge